JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

AMY LYNNE A.,[1]
Plaintiff,
v.
FRANK BISIGNANO,
Commissioner of Social Security,
Defendant.

Case No. 5:25-cv-02024-CV-SSC

**JUDGMENT**

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that the decision of the Commissioner is reversed and the matter is remanded for further proceedings.

DATED: 9/9/26

Cynthia Valenzuela
HONORABLE CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE

[1] Plaintiff's name is partially redacted in accordance with Rule 5.2(c)(2)(B) of the Federal Rules of Civil Procedure and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States issued on May 1, 2018.